No. 45017.—Protest 993603–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by EVANS, J.   As the appraisement was not in compliance with the statute it was held that the liquidation was invalid.   *Carey* v. *United States* (16 Ct. Cust. Appls. 382, T. D. 43118) and *Tower* v. *United States* (21 C. C. P. A.

417, T. D. 46943) followed. *United States* v. *Woolworth* (22 id., 184, T. D. 47126) cited.